# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MARLON HOWELL**                                                                                           **PETITIONER**

**V.**                                                                                                       **NO. 3:15CV105-DMB**

**MARSHALL FISHER and**
**JIM HOOD**                                                                                         **RESPONDENTS**

## **SCHEDULING ORDER**

On September 9, 2015, Petitioner filed a petition for writ of habeas corpus. Doc. #13. The Court determines that Respondents should answer the petition, and hereby sets the following deadlines:

Respondents must file an answer or other responsive pleading to Petitioner's federal habeas petition within sixty (60) days of the date of this order. The answer or pleading must conform to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts and Rule 12 of the Federal Rules of Civil Procedure.

Respondents must clearly and directly respond to the issue of whether Petitioner has exhausted available state remedies with regard to each of the claims raised in Petitioner's pleadings. If Respondents deny that available state remedies with regard to each claim for relief in Petitioner's pleadings have been exhausted, Respondents must explain, in detail, state remedies still available to Petitioner with regard to each unexhausted claim. In the event Respondents wish to assert the defense that Petitioner has procedurally defaulted on any claim for relief in the petition, Respondents must explicitly assert such defense and identify with specificity which of Petitioner's claims Respondents contend are procedurally barred from consideration by this Court.

Within twenty (20) days of the date Respondents serve Petitioner's counsel with a copy of

Respondents' answer or other responsive pleading, Petitioner must file with the Clerk of this Court and serve on Respondents' counsel of record any reply he wishes to make to the answer or responsive pleading.

Unless otherwise modified by the Court, Petitioner must file and serve, not later than sixty (60) days after service of the answer or other responsive pleading, a memorandum of law in support of his petition. Respondents must file a responsive memorandum within sixty (60) days of service of Petitioner's supporting memorandum. Petitioner may serve a reply memorandum within thirty (30) days of service of Respondents' responsive memorandum.

Within thirty (30) days of the date Respondents file an answer or other responsive pleading in this matter, Respondents must submit to the Clerk of this Court true and correct copies of all pertinent records from Petitioner's state court proceedings. Such records must be submitted in both conventional and electronic formats.

Any party seeking an extension of any deadline specified above must file a written motion requesting such extension *before* the expiration of the deadline and must state in detail the reasons why that party, despite the exercise of due diligence, will be unable to comply with the deadline.

**SO ORDERED,** this 11th day of September, 2015.

**/s/ Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**