**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**MARLON HOWELL**                                                                          **PETITIONER**

**V.**                                                     **NO. 3:15CV105-DMB**

**MARSHALL FISHER and**
**JIM HOOD**                                                                   **RESPONDENTS**

## ORDER AUTHORIZING EMPLOY OF ASSOCIATE'S SERVICES

Petitioner has filed a motion requesting that the Court authorize habeas counsel to employ the services of an associate attorney in this matter, maintaining that such assistance is necessary to comply with the time frames set in the case, and representing that such services will diminish the total cost of representation. *See* Doc. # 17. Upon consideration, the motion [17] is **GRANTED**. Accordingly, it is **ORDERED** that, pursuant to the *Guide to Judiciary Policy*, Vol. 7, Ch. 6, § 620.10.10(c), CJA counsel Sarah Ottinger is authorized to employ the services of an associate attorney, Cecelia Kappel, to work on the instant case. Counsel is authorized to bill Ms. Kappel's services *nunc pro tunc* effective June 22, 2015, at the noncapital rate of $127 per hour. Counsel must ensure that the vouchers submitted in this case clearly delineate the work performed by CJA and associate counsel.

**SO ORDERED**, this 5th day of October, 2015.

                                                                           **/s/ Debra M. Brown**
                                                                           **UNITED STATES DISTRICT JUDGE**