IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MARLON HOWELL                                                                              PETITIONER

V.                                                                              NO. 3:15CV105-DMB

MARSHALL FISHER and
JIM HOOD                                                                                 RESPONDENTS

## ORDER

Before the Court is Petitioner's "Motion to Revisit Expert and Investigative Funding Following Full Briefing of Habeas Claims and to Allow Factual Supplementation of Claims If Additional Funding Is Granted." Doc. #31. Upon consideration, Petitioner's motion [31] is **GRANTED** to the extent that Petitioner may re-urge the need for additional funding once the parties have fully briefed the grounds raised in the petition.

**SO ORDERED**, this 25th day of January, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**